**Ronald FINK, Plaintiff–Appellant,**

v.

**Gary L. BASS, Manager c/o CCB; A.D. Robinson, Warden; Carl Mains, Assistant Warden c/o Programs; E.B. Walker, Assistant Warden c/o Operations; E. Davis, Institutional Investigator; E. Willis, Treatment Program Supervisor, Chairman c/o ICA; T. FORD, Chief Counselor; R. Parmentor, Counselor, Defendants–Appellees.**

No. 01–6518.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 26, 2001.

Ronald Fink, pro se.

Before WILLIAMS, MICHAEL and
DIANA GRIBBON MOTZ, Circuit
Judges.

PER CURIAM.

Ronald Fink appeals the district court's
order denying relief on his 42 U.S.C.A.
§ 1983 (West Supp.2000) complaint. We
have reviewed the record and the district
court's opinion and find no reversible er-
ror. Accordingly, we affirm on the reason-
ing of the district court. *See Fink v. Bass,*
No. CA–01–186–2 (E.D.Va. Mar. 21, 2001).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*